Approved.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KELLY BAUM | ) | CASE NO. 3:20-CV-02512 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| VAUGHN INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Now come Plaintiff Kelly Baum and Defendant Vaughn Industries, LLC. (collectively, "the Parties"), by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of the entirety of this matter, *with prejudice*. Each Party to bear its own costs, expenses, and attorneys' fees.

/s/*Daniel S. Dubow*
Brian D. Spitz (0068816)
Daniel S. Dubow (0095530)
The Spitz Law Firm, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
Telephone: 216.291.4744
Fax: 216.291.5744
Email: brian.spitz@spitzlawfirm.com
daniel.dubow@spitzlawfirm.com

*Counsel for Plaintiff Kelly Baum*

/s/*David T. Andrews*
David T. Andrews (0062064)
Andrews Law, LLC
3161 Neille Lane
Twinsburg, OH 44087
(330) 690-4082
dandrews@davidandrewslaw.com

*Counsel for Defendant Vaughn Industries, LLC*